IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 06-677- JPG |
| | ) |
| CONOCOPHILLIPS COMPANY d/b/a | ) (Removed from Madison County, |
| PHILLIPS 66 COMPANY, d/b/a PHILLIPS | ) Cause No. 05-L-1097) |
| CHEMICAL COMPANY, d/b/a PHILLIPS OIL | ) |
| COMPANY, CONOCOPHILLIPS PIPE LINE | ) |
| COMPANY, formerly CONOCO PIPE LINE | ) |
| COMPANY, CONOCOPHILLIPS | ) |
| COMMUNICATIONS, INC. formerly CONOCO | ) |
| COMMUNICATIONS, INC., | ) |
| CONOCOPHILLIPS SERVICES, INC., | ) |
| CONOCOPHILLIPS SPECIALTY | ) |
| PRODUCTS, INC. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on the parties stipulation of dismissal, and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendants CONOCOPHILLIPS COMPANY d/b/a PHILLIPS 66 COMPANY, d/b/a PHILLIPS CHEMICAL COMPANY, d/b/a PHILLIPS OIL COMPANY, CONOCOPHILLIPS PIPE LINE COMPANY, formerly CONOCO PIPE LINE COMPANY, CONOCOPHILLIPS COMMUNICATIONS, INC. formerly CONOCO COMMUNICATIONS, INC., CONOCOPHILLIPS SERVICES, INC., CONOCOPHILLIPS SPECIALTY PRODUCTS, INC., in this case, are **DISMISSED with prejudice**.

The parties shall bear their own costs

**DATE: July 26, 2007**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**